JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MANUEL GUSTAVO LARA, | ) | NO. CV 14-8920-KS |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: December 7, 2015

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

1